FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAGHDA KASSIM,<br><br>        Plaintiff,<br><br>        v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,<br><br>        Defendant. | No. 2:19-CV-00145-SAB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

   Before the Court is the parties' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 20. The parties indicate the above-captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL WITH PREJUDICE** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 20, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulation, the above-captioned case is **DISMISSED** with prejudice and without an award of costs or attorney fees to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 7th day of October 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE \* 2**